United States District Court
Eastern District of Michigan
Southern Division
Clerk of the Court Notice
**July 2nd 2025**

**Re: Amended Complaint – Case No. 2:25-cv-11226**
*Originally filed April 29, 2024*

To:
The Clerk of the Court,
The Honorable Mark A. Goldsmith,
and Magistrate Judge David R. Grand:

Please accept this submission as my Amended Complaint in the above-captioned matter, filed pursuant to Rule 15 of the Federal Rules of Civil Procedure.

This amended complaint, submitted on July 2nd, 2025, incorporates several targeted updates to the original filing, including:

- Addition of two defendants, Bennett and Kirkland, now included in the Parties section under Paragraphs 29 and 30.
- Inclusion of their respective allegations, set forth in Paragraphs 114 through 128.
- Removal of the previously named defendant "Kirk Winters," whose correct name is Kirk Moore. Mr. Moore retired in January 2025, had no direct involvement in this matter, and I do not believe it is appropriate to name him. I extend my sincere wishes for peace and blessings in his retirement.
- Withdrawal of the Motion for Summary Judgment previously included with the complaint, recognizing that it was premature at this stage.
- Various minor edits throughout the document to enhance clarity, accuracy, and truthfulness.

Thank you for your consideration of these updates.

Your time, attention, and commitment to justice during what has been the most challenging season of my life is deeply appreciated.

*Fiat justitia ruat caelum* — let justice be done, though the heavens may fall.

Respectfully,
Daniel Ryan McGough
Pro Se Plaintiff