CR No: 240013842

Redaction ID: 463985

to Sgt. Gibbs patrol vehicle to be searched. As I was conducting the search, Daniel assaulted Ofc. Tyson by kicking him in the groin with his right foot after multiple warnings from Ofc.Tyson and officers on scene. The search was completed, and Daniel was placed into the patrol vehicle.

**ARREST:**
I transferred custody to Ofc. Cheese and Daniel was transported to Washtenaw County Jail for booking and processing.

**STATUS:**
Open

**SUBMITTED BY:**
Smith #402

**CFS Narrative By: YCSMITHL (402)**

I was dispatched to 113 W Michigan Ave reference a fight in progress. Dispatch advised a white male with a large gray sweatshirt and a black male is in the parking lot behind puffer red fighting. Upon arrival, I started canvassing the area and observed a white male surrounded with alcoholic cans laid against a vehicle. While I was investigating, Daniel Mcgough continuously obstructed the investigation after multiple warnings from Sgt. Gibbs and officers on scene. While placing Daniel into handcuffs, he consistently fought officers and was escorted to my patrol vehicle be searched. As I was conducting the search, Daniel assaulted Ofc. Tyson by kicking him in the groin with his right foot after multiple warnings from Ofc.Tyson and officers on scene. Daniel was transported to Washtenaw County Jail for booking and processing.

**SEE REPORT**
Smith #402

**CFS Narrative By: YCTYSOND (00395)**

I was dispatched to 113 W. Michigan Ave. reference a fight. Dispatch advised two subjects were in the back parking lot of Puffer Red's. Upon arrival officers canvassed the area for the subjects with negative results.

**INCIDENT ONLY:**
Tyson#395

Created On 10/16/2024 12:17 PM

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
**313-348-0459** | dryan616@icloud.com                    Page 30 of 60

```
                    STATE OF MICHIGAN

        IN THE 14A-1 DISTRICT COURT (WASHTENAW COUNTY)

THE PEOPLE OF THE STATE OF MICHIGAN,

                                    Case No. 24-13842
v.                                  Hon. Cedric J. Simpson

DANIEL MCGOUGH,

            Defendant.
_____./
```

TRANSCRIPTION OF VIDEO TITLED:

24-242 YPD FOIA BODY CAM 1.MP4

Friday, October 11, 2024 - Timestamp of 2:50:50

```
TRANSCRIPTION PROVIDED BY:
KRISTEN SHANKLETON (CER 6785)
Modern Court Reporting & Video, L.L.C.
SCAO Firm No. 08228
101-A North Lewis Street
Saline, Michigan  48176
moderncourtreporting@hotmail.com
(734) 429-9143/krs
```

**Note:**
**For full copies of transcripts, reports, or related materials, email dryan616@icloud.com.**
**State or federal agents may contact the Washtenaw County Prosecutor's Office, which has had possession of the**
**original audio and video recordings since entering the indictment into the State system on October 11, 2024.**
**Transparency is encouraged.**

All Rights Reserved Without Prejudice

```
 1              DISPATCH:  Clear.
 2              SERGEANT GIBBS:  -- what we're going to do, we
 3    charge him, one, interfering. Several times talked to him,
 4    he's out, whatever, refused to move, interfering. And then
 5    get him over there. Did he --
 6              OFFICER TYSON:  Man he kicked me -- he tried to
 7    kick me in the nuts, bruh.
 8              SERGEANT GIBBS:  He -- he kicked you?
 9              OFFICER TYSON:  Hell, yeah. Why you think I got
10    what -- did what I -- I wasn't trying to do it. He kicked
11    me.
12              SERGEANT GIBBS:  Oh, I didn't know he kicked. So
13    that's R&O right there. So we can take him straight to
14    jail at this point. Yep.
15              OFFICER TYSON:  Okay.
16              JACOB:  For real?
17              OFFICER TYSON:  No, not you, dawg.
18              JACOB:  Me?
19              SERGEANT GIBBS:  You're good.
20              OFFICER TYSON:  You good, brother.
21              JACOB:  Well, then why you telling him that?
22              OFFICER TYSON:  No.
```

**Note:**
For full copies of transcripts, reports, or related materials, email dryan616@icloud.com.
State or federal agents may contact the Washtenaw County Prosecutor's Office, which has had possession of the
original audio and video recordings since entering the indictment into the State system on October 11, 2024.
Transparency is encouraged.

13

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**

```
17              HVA STAFF 1:  Do you guys know him?
18              OFFICER TYSON:  I do not. It's my first time
19      encounter (unintelligible).
20              HVA STAFF 1:  Yeah, I've seen (unintelligible)
21      behind Puffer Reds a few times. I wasn't sure if it was a
22      regular guy, but.
23                  (At timestamp 3:12:12, audio cuts out)
24                  (At timestamp 3:12:22, audio resumes)
25              OFFICER TYSON:  I got kicked, too. I'm hurting.
```

30

```
1       No, I'm just joking. Ha-ha. You've got to deal with me the
2       rest of the night.
3               HVA STAFF 2:  It's been a night. Have you guys
4       had a crazy night, too, or?
5               OFFICER TYSON:  Yes.
6               HVA STAFF 2:  Yeah.
7               OFFICER TYSON:  It's been an entertaining night,
8       nonetheless.
```

**Note:**
**For full copies of transcripts, reports, or related materials, email dryan616@icloud.com.**
**State or federal agents may contact the Washtenaw County Prosecutor's Office, which has had possession of the**
**original audio and video recordings since entering the indictment into the State system on October 11, 2024.**
**Transparency is encouraged.**

CTN: 2024004825  DC1
wn

| | Information - Circuit Court | Bind over/Transfer - Circuit/Juvenile Court |
|---|---|---|
| | Original Complaint - Court | Complaint copy - Prosecutor |
| | Warrant - Court | Complaint copy - Defendant/Attorney |

| STATE OF MICHIGAN 14A2 JUDICIAL DISTRICT 22ND JUDICIAL CIRCUIT | COMPLAINT FELONY | T.C.N.  NO.: DISTRICT: CIRCUIT: |
|---|---|---|
| District Court ORI: MI- MI810035J 415 West Michigan, Ypsilanti, MI  734-484-6690 | | Circuit Court ORI: MI- MI810015J 101 E. Huron Street Ann Arbor, MI, 48107 |

| THE PEOPLE OF THE STATE OF MICHIGAN | V | Defendant's name and address DANIEL MCGOUGH AKA: 1173 Hunter Ave YPSILANTI, MI  48198 | Victim or complainant |
|---|---|---|---|
| | | | Complaining Witness COURT OFFICER |
| Co-defendant(s) | | | Date: On or about 10/11/2024 |

| City/Twp./Village Ypsilanti City | County in Michigan WASHTENAW | Defendant TCN | Defendant CTN 81-24004825-01 | Defendant SID 2354579J |
|---|---|---|---|---|
| Defendant DOB Put DOB in Ref.  No. row 1 on MC 97 | Defendant DLN Put DLN in Ref. in Ref. row 3 on MC 97 | | DLN Type: Oper./Chauf | Vehicle Type | Defendant Sex M | Defendant Race W |
| Police agency report no. YPD 24-13754 | Charge See below | | | Maximum penalty See below |

[ X ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF Washtenaw**

The complaining witness says that on the date and at the location described: 113 W MICHIGAN AVE, the defendant, contrary to law,

**COUNT 1:**  POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING

did assault, batter, wound, resist, obstruct, oppose, or endanger DARNELL TYSON, a police officer of YPSILANTI POLICE DEPARTMENT that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]

FELONY: 2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault  was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

ON INFORMATION, BELIEF AND OTHER EVIDENCE

☐ The complaining witness asks that the defendant be apprehended and dealt with according to law.

| | |
|---|---|
| Warrant authorized on  10/11/2024  by: *Patricia J Reiser*   10/11 Date   PATRICIA A. REISER Prosecuting Official, PATRICIA REISER P52153  ☐ Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the bes of my information, knowledge, and belief.  _____  _____ Complaining Witness Signature     Date |

Approved SCAO, PACC-PAAM Replacement
Form MC 200w, Rev. 9/22
MCL 764.1 *et seq.*, MCL 766.1 *et seq.*,  MCL 767.1 *et seq.*, MCR 6.101, MCR 6.102

Distribute form to:
Court
Prosecutor
Defendant

**OFFICER IN CHARGE:  LAWRENCE SMITH   YPD 24-13754**

All Rights Reserved Without Prejudice

# REGISTER OF ACTIONS
## CASE NO. 25-000075-FH

| The People of the State of Michigan vs McGough, Daniel Ryan | § | | |
|---|---|---|---|
| | § | Case Type: | **Noncapital Felonies (FH)** |
| | § | Date Filed: | **02/13/2025** |
| | § | Location: | **Adult** |
| | § | Judicial Officer: | **Slay, Arianne E.** |
| | § | Criminal Tracking Number: | **812400482501** |
| | § | District Court Case Number: | **24F21389** |
| | § | Police Report Number: | **24-13842** |
| | § | Tracking Control Number: | **J624021677W** |
| | § | | |

---

### PARTY INFORMATION

| Defendant | **McGough, Daniel Ryan** | Male White | **Attorneys** |
|---|---|---|---|
| | SID: MI2354579J | 5' 10", 170 lbs | **Pro Se** |

| State of Michigan | People of the State of Michigan |
|---|---|

---

### CHARGE INFORMATION

| Charges: McGough, Daniel Ryan | Statute | Level | Date |
|---|---|---|---|
| 1. POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING | 75081D1 | Felony | 10/11/2024 |
| 2. POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING | 75081D1 | Felony | 10/11/2024 |
| 3. POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING | 75081D1 | Felony | 10/11/2024 |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| 02/11/2025 | **Bind Over Packet Received** |
|---|---|
| 02/11/2025 | **Protected Personal Identifying Information** |
| 02/11/2025 | **Defendant's Bond** |
| | *PR bond continued* |
| | Amount: 5,000.00 |
| 04/01/2025 | **Affidavit** |
| | *of Request for Certified Copy of True Bill* |
| 04/02/2025 | **Transcript** |
| | *of Preliminary Examination held 02-11-2025 (107 pages)* |
| 04/02/2025 | **Demand - Waiver for Transcript of Preliminary Examination** |
| 04/03/2025 | **Pre-Trial**  (1:30 PM) (Judicial Officer Slay, Arianne E.) |
| | Result: Held |
| 04/04/2025 | **Request and Order for Zoom Appearance Granted** |
| | *sgd 4/3/25* |
| 04/09/2025 | **Request and Order for Zoom Appearance Denied** |
| | *(sgd 4/8/2025)* |
| 04/10/2025 | **Pre-Trial**  (1:30 PM) (Judicial Officer Slay, Arianne E.) |
| | *Adj 4/3* |
| | Result: Failed to Appear - Bench Warrant to Issue |
| 04/10/2025 | **Affidavit** |
| | *of Notice of Non-Appearance, Rebuttal of Charges, and Dismissal* |

CR No: 240082125

## WASHTENAW COUNTY SHERIFF'S OFFICE
2201 HOGBACK RD.
ANN ARBOR MI 48105
734-973-4655

Jerry L. Clayton, Sheriff

**Case Report**

| Administrative Details: | |
|---|---|
| CR No<br>**240082125** | Subject |
| Report Date/Time<br>**10/25/2024 14:54** | Occurrence Date/Time<br>**10/25/2024 14:54** |
| Location<br>**1173 HUNTER AVE** | Call Source<br>**PHONE** |
| Dispatched Offense<br>**C3324 Suspicious Circumstances** | Verified Offense<br>**L3503 Attempt to Serve Warrant - WD** |
| County<br>**81 - Washtenaw** | City/Twp/Village<br>**20 - Ypsilanti Twp** |
| Division<br>**PTO** | |

| Action Requested: | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

### People:

**MCGOUGH, DANIEL RYAN (O-OTHER) (X-MISCELLANEOUS)   [WDSARCEVICHV (02935)]**

| PE: | W.Type: | Last Name<br>**MCGOUGH** | First Name<br>**DANIEL** | | Middle Name<br>**RYAN** | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|---|---|
| Aliases | | | Driver License# | | DL State<br>**MI** | DL Country | Personal ID# | |
| DOB (Age) | Sex<br>**M** | Race<br>**WHITE** | Ethnicity<br>**Unknown** | Birth City & State | Birth Country | | Country of Citizenship | |
| Eye Color<br>**Blue** | Hair Color<br>**Blond or Strawberry** | | Hair Style | | Hair Length | | Facial Hair | |
| Complexion | Build | Teeth | | Height | | Weight | Attire | |
| Street Address | | | Apt # | County | Country | | Home Phone<br>**UNKNOWN** | Work Phone |
| City<br>**YPSILANTI** | | State<br>**MI** | Zip<br>**48198-3187** | Cell Phone<br>**UNKNOWN** | | Email | | |

### Narrative:

**CFS Narrative By: WDSARCEVICHV (02935)**

WDDAILEYD - 14:54:21 - TOW BEAT: WALL WDDAILEYD - 14:54:21 - CLR KNOWS S1, WON'T SAY HOW, SAYS HE HAS A WARRANT & IS CURRENTLY AT THIS LOCATION S1: MCGOUGH/DANIEL// WM [redacted] WDSHAWJ - 14:55:55 - S1 MCGOUGH/DANIEL, WM,

Page 1 of 2                                    Created On 12/02/2024 01:12 PM

---

CR No: 240082125

ATTEMPTED TO SERVE A WARRANT ON MCGOUGH DANIELS. IT WAS YPD WARRANT. HE ADVISED THAT HE SUBMITTED A REQUEST TO QUASH THE WARRANT/ GET RID OF THE WARRANT. THE JUDGE DID NOT REVIEW IT YET, SO WE TOOK HIM TO THE COUNTY JAIL. MEDICAL PERSONNELL ADVISED THAT HE HAS HIGH BLOOD PRESSURE. TOT HVA

CR No: 240082189

WASHTENAW COUNTY SHERIFF'S OFFICE
2201 HOGBACK RD.
ANN ARBOR MI 48105
734-973-4655

Jerry L. Clayton, Sheriff

## Case Report

| Administrative Details: | |
|---|---|
| CR No<br>240082189 | Subject |
| Report Date/Time<br>10/25/2024 18:27 | Occurrence Date/Time<br>10/25/2024 18:27 |
| Location<br>1173 HUNTER AVE | Call Source<br>PHONE |
| Dispatched Offense<br>5311 Disorderly Conduct | Verified Offense<br>C3324 Suspicious Circumstances |
| County<br>81 - Washtenaw | City/Twp/Village<br>20 - Ypsilanti Twp |
| Division<br>Station 2 | |

| Action Requested: | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

| Narrative: |
|---|

**CFS Narrative By: WDEARLEYJ (02899)**

WDHILOBUKT - 18:27:21 - TOW BEAT: WALL WDHILOBUKT - 18:27:21 - DANIEL MCGOO,
████████ - POSS AT ADDRESS CAUSING ISSUES WITH MOTHER IN LAW WDDAILEYD -
18:33:31 - MCGOUGH/DANIEL// WM ███████ LSW PLAID GRY & BLU SHIRT, DARK GRN
PANTS ███████████████████████████████████████

████████████

We spoke with mother and she stated all is well. They believe Daniel's child's mother has been
calling the police on him. There were no signs of aggression between Daniel and his mom.



This message was sent by Defendant McCloskey shortly after she and her husband placed three separate calls to law enforcement on Plaintiff in one day.

In the message, Defendant McCloskey jokingly refers to herself as "the cop caller," and admits uncertainty in her actions, stating: "I don't always know what that is."

Her dismissive attitude toward involving law enforcement without cause highlights her reckless behavior and suggests an intent to alienate Plaintiff from his child.
These actions not only demonstrate Defendant McCloskey's legal incompetence but also exacerbate the harm done to Plaintiff and the child's best interests by repeatedly involving the police without justification.

All Rights Reserved Without Prejudice



In this message, Defendant Alyssa McCloskey admits to physically harming the child and engaging in a "tug of war" with him when he attempted to leave with Plaintiff. This admission of physical force, in response to the child's desire to be with his father, underscores Defendant McCloskey's wrongful and coercive actions, as she resorted to physical control instead of exercising calm and reasonable parental judgment. Her conduct reveals a serious lapse in discernment, particularly in emotionally sensitive situations involving a young child.

Moreover, Defendant McCloskey's own words demonstrate her uncertainty about the propriety of her actions; she explicitly asks her 7-year-old child whether she was "right in grabbing him," revealing both an admission of physical interference and a lack of confidence in her decision-making. This troubling reliance on the child's validation only amplifies her demonstrated incapacity to evaluate or respond appropriately to matters concerning his welfare and emotional stability.

Further exacerbating this misconduct, at the hearing on January 24, 2025, both Defendant McCloskey and her husband provided false testimony under oath, falsely alleging that it was Plaintiff who had physically pulled the child's arm during the incident. This intentional misrepresentation directly contradicts Defendant McCloskey's prior written admission and constitutes clear perjury. Such conduct reflects not only a willingness to deceive the court but also a sustained pattern of misusing legal proceedings to undermine Plaintiff's rights and obstruct reunification.

Taken together, her documented use of physical force, reliance on a child to rationalize her behavior, and perjured testimony—alongside a persistent pattern of involving law enforcement to escalate private disputes—demonstrate that Defendant McCloskey lacks the legal and moral fitness to make decisions affecting the child's best interests.

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE:<br>Sun, Nov 03, 2024 | | INCIDENT NO:<br>012-0008577-24 |
|---|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED:<br>1440 | | FILE CLASS:<br>98006 |
| | WORK UNIT:<br>MSP BRIGHTON POST | | COUNTY:<br>WASHTENAW |
| COMPLAINANT:<br>DANIEL RYAN MCGOUGH | | | TELEPHONE NO:<br>(313) 348-0459 |
| ADDRESS: STREET AND NO:<br>1173 HUNTER AVE | CITY:<br>YPSILANTI | | STATE:<br>MI | ZIP CODE:<br>48198 |
| INCIDENT STATUS:<br>CLOSED | | | |

## CIVIL / CUSTODY

### SUMMARY:

I was dispatched to ▮▮▮▮▮▮ for a civil complaint that occurred at the venue. I contacted the complainant, Daniel Mcgough. Daniel informed me at the below listed date and time he was doing a custody exchange with ▮▮▮▮▮▮. Daniel was supposed to be picking up ▮▮▮▮. ▮▮▮▮ did not allow Daniel to pick up ▮▮▮▮. Daniel informed me ▮▮▮▮ grabbed ▮▮▮▮ arm and dragged him away. ▮▮▮▮ corroborated the statement. Daniel stated he just wanted to report the incident. I informed Daniel that custody disputes are a civil issue and a mother grabbing her child's arm is not a crime. I cleared the scene without incident.

### VENUE:

WASHTENAW COUNTY
7425 WILLIS RD
AUGUSTA TWP, MI

### DATE & TIME:

ON OR AFTER: FRI, OCT 25, 2024 AT 1730

### COMPLAINANT / FATHER:

```
NAM:  DANIEL RYAN MCGOUGH
BIR:                                    RAC:  WHITE       ETH:
NBR:  1173          DIR:                SEX:  MALE        DL:    MI/M220135755954
STR:  HUNTER                           DOB:  12/16/1988   SSN:
SFX:  AVENUE                           HGT:  5'10"        SI:
CTY:  YPSILANTI     ST:   MI           WGT:  210          FBI:   /
TXH:               ZIP:  48198         HAI:               MNU:
TXW:                                   EYE:  Blue         PR:
MB:  (313) 348-0459
SMT:
```

| PAGE:<br>1 of 2 | INVESTIGATED BY:<br>POHL, JOSHUA, 1209, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

PRINTED: 12/6/2024 15:25

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
**313-348-0459** | dryan616@icloud.com

| STATE OF MICHIGAN 22ND JUDICIAL CIRCUIT FAMILY DIVISION WASHTENAW COUNTY | AFFADAVIT IN SUPPORT OF REQUEST FOR EX PARTE ORDER | CASE NO. 19-2734-DC HON. Judge Conlin |
|---|---|---|
| P.O. Box 8645, Ann Arbor, MI 48107-8645 | | Court telephone number: (734) 222-3001 |

| Plaintiff's name, address and telephone number: Alyssa McCloskey 6988 McKean Rd Lot 72 Ypsilanti MI 48197 734-927-2196 | v | Defendant's name, address and telephone number: Daniel McGough 1173 Hunter ave Ypsilanti MI 48197 313-938-8092 |
|---|---|---|

1. I am the Plaintiff in this case, and affirm the following statements.

2. If sworn as a witness, I can testify competently to the facts stated in this affidavit, because I have personal knowledge of them.

3. The following events have occurred that have led me to ask for an *ex parte* Court order.

See attached. Defendant has also been arrested on two of his parenting days before pick up Resulting in potential negligence i.e. getting left at bus stop.

4. The Court order that I have requested will govern the following matters:

Parenting time, Suspension until ~~arrest~~ defendant's Criminal case has Final Judgement.

5a. Irreparable harm will result from the delay required to give notice of my request because of these specific facts: threats made to child by defendant as well as current charges make it clear defendant is unsafe, Has poor Judment, and may be Suffering from mental illness.

OR

5b. Notice itself will result in adverse action before an order can be issued, because of these specific facts: _____

_____

_____

*Alyssa McCloskey*                    11-19-2024
Signature                                  Date

Subscribed and sworn to before me on __11/19/24__ (date)

in __WASHTENAW__ County, Michigan.

My commission expires on _____ (date).

Signature of Notary: _____

DEPUTY

All Rights Reserved Without Prejudice

| STATE OF MICHIGAN<br>22ND JUDICIAL CIRCUIT<br>FAMILY DIVISION<br>WASHTENAW COUNTY | **EX PARTE** ORDER FOR<br>CUSTODY/PARENTING<br>TIME AND/OR CHILD<br>SUPPORT | CASE NO. 19-2734 - DC<br>HON. _Judge Conlin_ |
|---|---|---|
| P.O. Box 8645, Ann Arbor, MI 48107-8645 | | Court telephone number: (734) 222-3001 |

| Plaintiff's name, address and telephone<br>number: Alyssa McCloskey<br>6988 Mckean Rd 20+ 72<br>YPSilanti MI 48197<br><br>734-927-2196 | V | Defendant's name, address and telephone<br>number: Daniel McGough<br>1173 Hunter ave YPSIlanti<br>MI 48197<br>313-938-8092 |
|---|---|---|

Date of Order: **NOV 2 0 2024**

1. The Court has reviewed Plaintiff's request for an ex-parte Order, and the factual statements made in support of that request in the documents submitted.

2. The Court is satisfied that ☒ irreparable injury, loss or damage will result from the delay required to effect notice; and/or that ☐ notice itself will precipitate adverse action before an order can issue.

3. The Court also finds that:

☐ The *ex parte* order will not change the child(ren)'s established custodial environment; OR

☐ There is clear and convincing evidence that the best interests of the child(ren) require a change in the established custodial environment.

IT IS ORDERED:

Defendant's parenting time is <u>suspended</u> until further order of the Court.

IT IS FURTHER ORDERED THAT a copy of this Order (with attached Notice) and the Motion or Affidavit upon which the Order is based are to be served upon the Defendant ~~with service of the Summons and Complaint.~~

*Family Division Judge*

Washtenaw County
Trial Court

NOV 22 2024

FILED

All Rights Reserved Without Prejudice

| STATE OF MICHIGAN WASHTENAW COUNTY TRIAL COURT | ORDER GRANTING / DENYING EX PARTE MOTION and PROOF OF SERVICE | CASE NO. 19 - 2734 DC |
|---|---|---|

Court address
101 E. HURON, P.O. BOX 8645, ANN ARBOR, MI  48107

Court telephone no.
734-222-3791

Plaintiff's name, address, phone and email

Alyssa McCloskey

v

Defendant's name, address, phone and email

Daniel McGough

## ORDER GRANTING / DENYING EX PARTE MOTION

At a session of said court held in the
City of Ann Arbor, County of Washtenaw,
State of Michigan on  5/26/2023

Washtenaw County
Trial Court

MAY 26 2023

FILED

PRESENT:  HONORABLE PATRICK J. CONLIN, JR.
Circuit Court Judge

This matter is before the Court on an Ex Parte Motion for  Suspension of parenting time

1. The Court has reviewed the motion for an Ex Parte Order, and the factual statements made in support of that motion in the documents submitted.

2. _____ The Court is satisfied that irreparable injury, loss or damage will result from the delay required to effect notice; and / or that notice itself will precipitate adverse action before an order can issue, **OR**

3. __X__ The Court is **NOT** satisfied that irreparable injury, loss or damage will result from the delay required to effect notice; and / or that notice itself will precipitate adverse action before an order can issue, and the motion can be scheduled for hearing on the regular motion docket.

IT IS ORDERED:

The request for ex parte relief is denied.
Plaintiff may set this matter for hearing with
notice to Defendant.

IT IS FURTHER ORDERED that a copy of this Order with the attached Notice and the Motion and Affidavit upon which the Order is based are to be served upon the other party. A proof of service shall be filed with the Court.

Hon. Patrick J. Conlin, Jr.  P56333

Defendant Conlin's imposition of procedural barriers *McGough v. Washtenaw County, et al.* | U.S. District Courtand obstruction of Plaintiff's  - Eastern District of MichiganAccess to justice.

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
**313-348-0459** | dryan616@icloud.com

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WASHTENAW

ALYSSA LEWIS (KNA McCLOSKEY)
    Plaintiff,

v

Case No. 19-002734-DC
HON. Patrick J. Conlin, Jr.

DANIEL McGOUGH,
    Defendant.

---

Veronica J. White (P62684)
Attorney for Plaintiff
455 East Eisenhower, Suite 300, #44
Ann Arbor, Michigan 48108
(734) 761-1286

Daniel McGough
Defendant
1173 Hunter Avenue
Ypsilanti, Michigan 48198
(734) 263-1193

---

## ORDER AFTER HEARING ON DEFENDANT'S MOTION REGARDING SCHOOL SELECTION, BODY MODIFICATIONS; DEFENDANT'S OBJECTION TO FRIEND OF THE COURT RECOMMENDATION; DEFENDANT'S MOTION TO DISSOLVE EX PARTE ORDER; and PLAINTIFF'S MOTION FOR VEXATIOUS LITIGATOR RELIEF, ATTORNEY FEES AND COSTS, AND OTHER RELIEF

Entered: __DEC 1 2 2024__

At a hearing held on 12/12/2024, with both parties present in the Courtroom and Plaintiff's counsel present by Zoom (due to illness), after being advised on the record, and for the reasons stated on the record:

1. Defendant's MOTION REGARDING SCHOOL SELECTION, BODY

   MODIFICATIONS is denied.

2. Defendant's OBJECTION TO FRIEND OF THE COURT RECOMMENDATION is

   denied and the Friend of the Court's recommendation is adopted.

3. An evidentiary hearing will be held on _1/24/25_ at _1:30 pm_ for Defendant's

   MOTION TO DISSOLVE EX PARTE ORDER. before Judge Slay.

All Rights Reserved Without Prejudice

Defendant Conlin's imposition of procedural barriers and obstruction of Plaintiff's *McGough v. Washtenaw County, et al.* | U.S. Di trict Court - Eastern Distr ct of MichiganAccess to justice.

4. In reference to Plaintiff's MOTION FOR VEXATIOUS LITIGATOR RELIEF, ATTORNEY FEES AND COSTS, AND OTHER RELIEF:

i.   Defendant must have judicial approval to file a motion;

ii.  Defendant must post a $2,000 bond when the approved motion is filed;

iii. Defendant is ordered to pay $6,000 in attorney fees in the amount of $500 per month until it is paid in full. The first payment is due on January 1st, 2025, and shall be due on the 1st of the month each month thereafter until the balance is paid in full.

5. All other Orders not inconsistent with this ORDER remain in full force and effect.

_____
HON. Patrick J. Conlin, Jr. (P56333)
Washtenaw County Circuit Court Judge

Prepared by:

 /s/ Veronica J. White_____
Veronica J. White (P62684)
Attorney for Plaintiff

JIS Code: MOT OSC

| STATE OF MICHIGAN | MOTION, AFFIDAVIT, AND/OR ORDER TO SHOW CAUSE | CASE NO. and JUDGE |
|---|---|---|
| 22nd JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | | 19-2734-DC HON. Patrick J. Conlin, Jr |

Court address | Court telephone no.
101 E Huron St, POB 8645, Ann Arbor, MI, 48107-8645 | 734-222-3001

Plaintiff's/Petitioner's name, address, and telephone no.
Alyssa McCloskey

Defendant's/Respondent's name, address and telephone no.
Daniel McGough

v

In the matter of _____

A motion and affidavit is not required when the show cause is issued on the judge's own motion.

**MOTION AND AFFIDAVIT**

1. I am interested in this matter as Plaintiff's Counsel _____ .

2. Daniel McGough ☑ has failed to comply with an order dated 12 12 2024 .
   Name (type or print)   ☐ is in contempt for _____ .
   State with particularly admissible facts establishing this motion.
   Defendant has filed motions without approval of the Court or posting bond, one of which he has set for hearing on 01/15/2025.

   The Motion set for hearing on 01 15 2025 and the relevant ORDER is attached to this MOTION.

3. I request an order directing Daniel McGough _____ to show cause why
   Name (type or print)

   ☑ a. he/she should not be found in   ☑ civil   ☑ criminal   contempt of court.   Washtenaw County Trial Court

   ☐ b. judgment should not be entered against him/her (as surety/agent) for the full amount of recognizance.

   ☐ c. judgment should not be entered against him/her for failure to file a garnishee disclosure.

   DEC 1 9 2024

   ☐ d. other: _____   FILED

4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this motion and affidavit.

   _____
   Signature

Subscribed and sworn to before me on 12. 17. 24
                                        Date

   _____
   Deputy clerk/Notary public signature

My commission expires on 7, 19. 29 .   Jennifer Michalik
                                        Name (type or print)

Notary public, State of Michigan, County of Wayne . ☑ Acting in the County of Washtenaw .
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Approved, SCAO
Form MC 230, Rev. 1/24
MCL 600.1711(2), MCR 2.107(B), MCR 2.108(D), MCR 3.101,
MCR 3.208(B), MCR 3.302(E), MCR 3.606(A), MCR 5.108, MCR 6.103(B),
MCR 6.615(B)
Page 1 of 2

Distribute form to
Court
Subject
Return

JENNIFER MICHALIK
Notary Public - State of Michigan
County of Wayne
My Commission Expires Jul 19, 2029
Acting in the County of WASHTENAW

---

Evidence of ongoing irreparable harm: loss of employment *McGough v. Washtenaw County, et al. |* U.S. District Court opportunities due to Defendants' actions. - Eastern District of Michigan

02/26/2025

DANIEL RYAN MCGOUGH

1173 HUNTER AVE



We regret to inform you that _____ is unable to consider you further for employment, continued employment, and/or promotion.

This decision was based in whole or in part on information contained in a report from the HR Management Group, Inc., A division of American Society of Employers (ASE). Please be advised that ASE did <u>not</u> make this employment decision and is unable to supply you with specific reasons why the decision was made.

Under Section 612 of the Fair Credit Reporting Act (FCRA), you have the right to obtain a free copy of the report if you submit a written request to the agency identified above no later than 60 days after you receive this notice. Under Section 611 of the FCRA, you also have the right to dispute with the consumer reporting agency the accuracy or completeness of any information in the report. You may contact ASE at the following address and/or telephone number:

> HR Management Group, Inc., a division of ASE
> 5505 Corporate Dr. Ste. 200
> Troy, MI 48098
> Phone (800) 353-4500

Please be prepared to provide proper identification to ensure confidentiality. If you wish to dispute the accuracy of the information contained in a credit report, you must contact the credit bureau directly at the following address and/or telephone:

> Trans Union
> 2 Baldwin Place
> P.O. Box 1000
> Chester, PA 19022
> Phone (888) 888-4213
> www.transunion.com

Sincerely,



SARAH

---

Evidence of ongoing irreparable harm: loss of employment *McGough v. Washtenaw County, et al.* | U.S. District Court opportunities due to Defendants' actions. - Eastern District of Michigan

---



To:  Daniel McGough

Inbox - iCloud    April 8, 2025 at 2:34 PM

Add    ✕

Hi Daniel,

I was able to get feedback and have an additional question for you.  Are you able to share a police report with us to help determine how we can move forward?

**Sarah**
Mgr, Human Resources

# WASHTENAW COUNTY TRIAL COURT   -   FAMILY DIVISION



OFFICE OF THE FRIEND OF THE COURT

Washtenaw County Courthouse
101 E. Huron, P.O. Box 8645
Ann Arbor, MI  48107-8645
Phone: (734) 222-3050
Fax: (734) 222-3332

March 17, 2025

Daniel McGough
*Confidential Address

RE: LEWIS v MCGOUGH
Case Number: 2019-002734-DC

Dear Mr. McGough:

A parenting time denial complaint was submitted on March 13, 2025, alleging a denial of time on March 8, 2025, from 10:00 AM to 11:00 AM. After reviewing the complaint and the response, it does not appear there is a violation of the court order. The controlling order in this case grants parenting time by video on this day from 10:00 AM to 11:00 AM, which will be facilitated by Plaintiff's husband. The complaint does not allege that this video call was denied. There is nothing in your order preventing redirection of conversation topics deemed appropriate by the facilitator of these phone calls. The court speaks through its orders. Friend of the Court Enforcement Division is responsible for enforcing denials of parenting time but does not address alleged violations of parenting time conditions.

Your parenting time complaint is denied, and Friend of the Court will take no action at this time. If either party disagrees with the Friend of the Court's position, you must file a motion with the court.

This letter resolves the parenting time denial complaint dated March 13, 2025.

Sincerely,

*Erika Wheeler*

Parenting time Enforcement Division
Washtenaw County Friend of the Court

| STATE OF MICHIGAN WASHTENAW COUNTY TRIAL COURT | ZOOM NOTICE OF FRIEND OF COURT EVALUATION APPOINTMENT | Case No: 19-2734 DC Hon. Arianne E. Slay |
|---|---|---|

101 E Huron St., P.O. Box 8645, Ann Arbor, Michigan 48107

(734)222-3001

| Name: Alyssa McCloskey<br>Address: *CONFIDENTIAL*<br><br>Attorney: Jeffrey Bennett (P43946)<br>878 S. Grove Rd., Ste UL, Ypsilanti, MI 48198<br>(734) 645-0511 | v | Name: Daniel McGough<br>Address: *CONFIDENTIAL*<br><br>Attorney: In Pro Per |
|---|---|---|

Dear Mr. McGough:

**PLEASE TAKE NOTICE THAT** your case is **rescheduled** for an evaluation on the issue of Parenting Time on the following date and time.

WEDNESDAY, MAY 7, 2025, AT 9:30 AM

This matter will be held with:

Patrick Meehan

**PARTIES ARE NOT TO APPEAR IN PERSON.** This proceeding will be conducted via Zoom teleconference/videoconference. Please do not allow children to appear for Zoom meeting.

At least 5 minutes before your scheduled hearing, please call +1 646 558 8656 and then use the **Meeting ID 677 081 6202** to join.

If you wish to connect by video, please go to https://zoom.us/join from your PC or MAC, or download the Zoom mobile app to participate on your mobile device, prior to the call and then use **Meeting ID 677 081 6202** to join.

The FOC does not provide technical support for this meeting.

**If Friend of the Court Questionnaire(s) were included with this notice, they should be completed and returned one week prior to the meeting; electronic submissions can be submitted to: meehanp@washtenaw.org**

CERTIFICATE OF MAILING

I certify that on this date I mailed a copy of this Notice of Evaluation Meeting to all interested parties at the address(es) shown above.

Dated: __March 19, 2025__

/MM/
Melissa Morrison

CR No: 210041844

## WASHTENAW COUNTY SHERIFF'S OFFICE
2201 HOGBACK RD.
ANN ARBOR MI 48105
734-973-4555

Jerry L. Clayton, Sheriff

### Case Report

| Administrative Details: | |
|---|---|
| CR No. 210041844 | Subject C3330 – Assist Other Law Enforcement Agency |
| Report Date/Time 06/26/2021 13:02 | Occurrence Date/Time 06/26/2021 13:02 |
| Location | Call Source PHONE |
| Dispatched Offense C3330 Assist Other Law Enforcement Agency | Verified Offense C3330 Assist Other Law Enforcement Agency |
| OIC Vander Roest, Benjamin (WDVANDERROESTB-02434) | OIC Contact Number |
| County 81 – Washtenaw | City/Twp/Village 20 – Ypsilanti Twp |
| Division Station 2 | |

### Action Requested:

| | |
|---|---|
| [ ] Arrest warrant | [ ] Review only |
| [ ] Search warrant | (C) ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

---

### Victim Offender Relationships

| Offender | Type | Relationship |
|---|---|---|
| MCGOUGH, DANIEL RYAN | S-SUSPECT | |

---

**MCCLOSKEY, SCOTT ANTHONY (O-OTHER) (X-MISCELLANEOUS)  [WDVANDERROESTB (02434)]**

| PE: | W.Type: | Last Name MCCLOSKEY | First Name SCOTT | Middle Name ANTHONY | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| Aliases | | | Driver License# | DL State MI | DL Country | Personal ID# |
| DOB (Age) | Sex M | Race WHITE | Ethnicity | Birth City & State undefined | Birth Country undefined | Country of Citizenship |
| Eye Color Hazel | Hair Color Brown | Hair Style | | Hair Length | | Facial Hair |
| Complexion | Build | Teeth | Height 5' 7" | Weight 190 | Attire | |
| Street Address | Apt # | County | Country | Home Phone UNKNOWN | Work Phone | |
| City MADISON HEIGHTS | State MI | Zip 48071-3060 | Cell Phone | Email | | |
| Passport# | Passport Country of Issue | School undefined | School Info undefined | | Grade undefined | Active Military Status |
| Alerts | | | On Probation/Parole No | | Habitual Offender Status | |

---

**LEWIS, ALYSSA RACHELLE (O-OTHER) (MM-███ OF MINOR)  [WDVANDERROESTB (02434)]**

| PE: | W.Type: | Last Name LEWIS | First Name ALYSSA | Middle Name RACHELLE | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| Aliases | | | Driver License# | DL State MI | DL Country | Personal ID# |
| DOB (Age) | Sex F | Race WHITE | Ethnicity | Birth City & State undefined | Birth Country undefined | Country of Citizenship |
| Eye Color Blue | Hair Color Brown | Hair Style | | Hair Length | | Facial Hair |
| Complexion | Build | Teeth | Height 5' 1" | Weight 100 | Attire | |
| Street Address | Apt # | County | Country | Home Phone UNKNOWN | Work Phone | |
| City YPSILANTI | State MI | Zip 48197-942█ | Cell Phone | Email | | |

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
**313-348-0459** | dryan616@icloud.com

As a United States Army veteran who has sworn an oath to support and defend the Constitution of the United States "against all enemies, foreign and domestic," Plaintiff approaches this matter with a profound respect for the rule of law, lawful authority, and the principles of public trust and accountability.

It is with deep personal concern—not merely as a litigant but as a former sworn servicemember—that Plaintiff notes the alarming irregularities in the oaths of office for several officials central to this case, including Defendants Conlin, Slay, Simpson, Savit, and Londy. Publicly available versions of these oaths reveal the absence of official seals, appointing signatures, or proper certifications—calling into serious question the constitutional legitimacy of the authority under which these individuals have acted.

These failures are not isolated technical deficiencies. They reflect a broader pattern of misconduct and systemic abuse as outlined throughout this Complaint. The absence of lawfully executed oaths parallels the Defendants' continuous efforts to obstruct justice, suppress exculpatory evidence, and maliciously pursue wrongful criminal convictions against Plaintiff—all while shielding their own misconduct from public scrutiny and accountability.

This disregard for lawful authority has come at devastating personal cost. Plaintiff and his family have endured unbearable emotional stress and hardship throughout these proceedings, compounded by the shocking reality that the original complainant in Plaintiff's criminal matter admitted their allegation was merely a "joke." Yet despite the clear absence of probable cause, and despite Plaintiff's demonstrated innocence, Washtenaw County officials have persisted in pursuing baseless charges with the goal of incarcerating Plaintiff and insulating their own unlawful actions from examination.

The intentional pursuit of a guilty verdict, without evidence, and at the expense of Plaintiff's liberty, livelihood, parental rights, and fundamental dignity, paints a sobering picture of what is at stake: a systemic failure where public officials, charged with upholding the Constitution, have instead weaponized the machinery of justice for personal and institutional protection.

As a veteran who once stood ready to defend the very freedoms and principles now being violated by these officials, Plaintiff brings forward this statement to underscore the gravity of these violations—and to insist that no individual, regardless of office, is above the Constitution they are sworn to serve.

# OATH OF OFFICE

STATE OF MICHIGAN }

County of _Washtenaw_ } ss.

I do solemnly swear that I will support the Constitution of the United States and the

Constitution of this State, and that I will faithfully discharge the duties of the office of

_____Circuit Court Judge_____

according to the best of my ability.

_____ **
Signature

PATRICK J. CONLIN, JR
Name Printed or Typed

Sworn to and subscribed before me this _22nd_ day of _December_
20_14_.

_____ **
Signature

_____ *
Title

_____ *
Name Printed or Typed

Name of Notary: Kelly A. Roberts
County: Washtenaw
Commission
Expires: 1/8/2018

\* This information is requested if Oath of Office is taken before
someone other than a notary public.

\*\* When filing with the Secretary of State, original signatures are required.

Form 32-5/99-5M

| Londy | Ashley | |
| Surname | Given Name | Middle |

**APPOINTMENT OF** Ashley Londy          **Assistant Prosecutor**

STATE OF MICHIGAN ) ss. By virtue of the power in me vested by the Statute in such case made and provided.

County of Washtenaw ) I, the undersigned, Prosecutor of the said County of Washtenaw, do hereby constitute and appoint the above

named person as   Assistant Prosecutor          of said County of Washtenaw, and to hold said office during my

pleasure. Given under my hand at Ann Arbor in said County, this _____ 6 _____ day of ____ JANUARY ____ , ____ 2025 ____

_____
Signature of Appointing Officer

---

**OATH OF DEPUTY**   Ashley Londy          **Assistant Prosecutor**

STATE OF MICHIGAN ) ss. I do solemnly swear that I will support the Constitution of the United States and the

County of Washtenaw ) constitution of this state, and that I will faithfully discharge the duties of

Assistant Prosecuting Attorney in and for the County of Washtenaw, State of Michigan, to the best

of my ability.

_____

Subscribed and sworn to before me, this ___ 6th ___ day of ___ January , 2025 ___

Sara E Warunek

Sara E Warunek          Revoked _____ By _____
Signature of Revoking Officer

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
**313-348-0459** | dryan616@icloud.com

| Savit | Eli | |
|---|---|---|
| Surname | Given Name | Middle |

APPOINTMENT OF   Eli Savit                        **Washtenaw County Prosecuting Attorney**

STATE OF MICHIGAN )  ss.     By virtue of the power in me vested by the Statute in such case made and provided.
County of Washtenaw )        I, the undersigned, Prosecutor of the said County of Washtenaw, do hereby constitute and appoint the above

named person as   Washtenaw County Prosecuting Atto   of said County of Washtenaw, and to hold said office during my

pleasure. Given under my hand at Ann Arbor in said County, this _____19th_____ day of _December_ , 2024

_____
Signature of Appointing Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**OATH OF DEPUTY**   Eli Savit                        **Washtenaw County Prosecuting Attorney**

STATE OF MICHIGAN )  ss.     I do solemnly swear that I will support the Constitution of the United States and the
County of Washtenaw )        constitution of this state, and that I will faithfully discharge the duties of

Washtenaw County Prosecuting   in and for the County of Washtenaw, State of Michigan, to the best
of my ability.   Attorney

Subscribed and sworn to before me, this _19_ day of _December_ , 2024

Ashlyn Poole

Revoked _____ By _____
Signature of Revoking Officer

, *et al.* | U.S. District Court -

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
313-348-0459 | dryan616@icloud.com                    Page 55 of 60

# OATH OF OFFICE

**STATE OF MICHIGAN**

County of _Washtenaw_

    *I do solemnly swear that I will support the Constitution of the United States and the Constitution of this State, and that I will faithfully discharge the duties of the office of*

_____ _22nd Circuit Court Judge,_ _____

*according to the best of my ability.*

_____ *Arianne Elizabeth Slay* _____
Signature**

_____ _Arianne Elizabeth Slay_ _____
Name -- Printed or Typed

Sworn to and subscribed before me this _28th_ day of _November, 2022_

_____
Signature of Officer Administering Oath or Notary Public**

_____ _Deputy Clerk_ _____
Title*

Name of Notary:

County:

Commission:

Expires:

> P. REILLY
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF WASHTENAW
> My Commission Expires August 2, 2028
> Acting in the County of _Washtenaw_

*This information is requested if Oath of Office is taken before someone other than a notary public.

**When filing with the Secretary of State, original signatures are required.



J Cedric Simpson

# OATH OF OFFICE

**STATE OF MICHIGAN**

County of Washtenaw

*I do solemnly swear that I will support the Constitution of the United States and the Constitution of this State, and that I will faithfully discharge the duties of the office of*

Judge of the 14A Judicial District Court

*according to the best of my ability.*

Signature**

J. Cedric Simpson

Name – Printed or Typed

Sworn to and subscribed before me this 3rd day of December, 2024

Signature of Officer Administering Oath or Notary Public**

Judge Arianne E. Slay, 22nd Judicial Circuit Court

Title*

Name of Notary: James M. Gallagher
County: Washtenaw
Commission: Michigan
Expires: 7-10-25

*This information is requested if Oath of Office is taken before someone other than a notary public.

**When filing with the Secretary of State, original signatures are required.

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
**313-348-0459** | dryan616@icloud.com                    Page 57 of 60

STATE OF MICHIGAN

IN THE 22ND CIRCUIT COURT FOR THE COUNTY OF WASHTENAW

*FAMILY DIVISION*

ALYSSA McCLOSKEY,

f/k/A  ALYSSA LEWIS

-vs-                                                    19-002734-DC

DANIEL McGOUGH                                Honorable Ariane E. Slay

Jeffrey G. Bennett (P43946)              Daniel McGough
Attorney for Plaintiff                        Defendant *in pro persona*
878 S. Grove Rd., Ste. UL               1173 Hunter Ave.
Ypsilanti, MI 48198                         Ypsilanti, MI 48198
(734) 645-0511                              (734) 263-1193

**OBJECTION TO FRIEND OF THE COURT RECOMMENDATION** ENTERED:

Plaintiff objects to the friend of the Court Recommendation filed on May 23, 2025 for the following reasons:

1. Paragraph 5(e)(ix) is not appropriate as Our Family Wizard indicates when the message is read. Further, the Defendant has used the Our Family Wizard app to harass Plaintiff in the past. The inclusion of the requirement to acknowledge frivolous messages is a device used by Defendant to intervene in Plaintiff's affairs.

2. Phase One recommends unsupervised phone video calls. This is not in the best interest of the minor child until the Defendant begins counseling. The telephone calls should be supervised. During the current parenting time, the Defendant has shown the minor child a video of the evidentiary hearing, speaks disparagingly about the Plaintiff and her husband,

has told the minor child that the Plaintiff is keeping the Defendant from the minor child. This type of communication should be prohibited.

3. Paragraph 1 regarding counseling should make clear that the Defendant must continue counseling until further order of the court.

4. The Wednesday/Saturday schedule may not be in the best interest of the children or the parents. The Plaintiff would like to address a schedule which fits with the Defendant's schedule and the minor child's extra-curricular activities.

Wherefore, Plaintiff requests that this Court:

A. Order a parenting schedule which is consistent with the Friend of the Court Recommendation and the Plaintiff's objections.

B. Grant any other relief which the Court deems fair and just.

Respectfully,

/s/ Jeffrey G. Bennett
Jeffrey G. Bennett (P43946)
Attorney for Plaintiff
878 S. Grove Rd., Ste. UL
Ypsilanti, MI 48198
(734) 645-0511
jeff@jeffbennettlaw.com

Dated: June 13, 2025

| STATE OF MICHIGAN WASHTENAW COUNTY TRIAL COURT | NOTICE OF MOTION HEARING ☐ Rescheduled | Case No: 19-002734-DC Judge: Slay |
|---|---|---|

01 E Huron St., P.O. Box 8645, Ann Arbor, Michigan 48107 (734)222-3001

| Plaintiff/Petitioner Name: Alyssa McCloskey a.k.a. Alyssa Lewis | v | Defendant/Respondent Name: Daniel McGough |
|---|---|---|

NOTE: *This is a scheduling form, NOT a motion. This form is only used to schedule the hearing. Go online to www.washtenaw.org/3109 for Judge-specific instructions.*

1. Motion Title(s): Objection to Friend of the Court Recommendation

2. Moving Party: Plaintiff

   Attorney for Moving Party: Jeffrey G. Bennett (P43946)

   Phone Number of Attorney/Moving Party: 734-645-0511

   Email Address of Attorney/Moving Party: jeff@jeffbennettlaw.com

3. Responding Attorneys/Parties

   Daniel McGough-Defendant, In Pro Per

   (734) 263-1193/ dryan616@icloud.com

   It is the responsibility of the moving party to notify all parties involved of the hearing date.

4. **NOTICE OF HEARING:** Contact the Trial Court for available hearing dates

| Judicial Officer Slay | Date and Time 07/16/2025 at 1:30 p.m. |
|---|---|

Please note this hearing is in-person at the Washtenaw County Trial Court.

06/13/2025

Date

*Jeffrey G. Bennett*

Signature of moving attorney or party

All Rights Reserved Without Prejudice
Submitted By: **Daniel Ryan McGough C/O PO Box 970081 Ypsilanti MI [48197]**
**313-348-0459** | dryan616@icloud.com        Page 59 of 60

STATE OF MICHIGAN
IN THE 22ND CIRCUIT COURT FOR THE COUNTY OF WASHTENAW
*FAMILY DIVISION*

ALYSSA McCLOSKEY,
f/k/a  ALYSSA LEWIS

-vs-

DANIEL McGOUGH

19-002734-DC

Honorable Ariane E. Slay

Jeffrey G. Bennett (P43946)
Attorney for Plaintiff
878 S. Grove Rd., Ste. UL
Ypsilanti, MI 48198
(734) 645-0511

Daniel McGough
Defendant in pro persona
1173 Hunter Ave.
Ypsilanti, MI 48198
(734) 263-1193

**OBJECTION TO FRIEND OF THE COURT RECOMMENDATION** ENTERED.

Plaintiff objects to the Friend of the Court Recommendation filed on May 23, 2025 for the following reasons:

1. Paragraph 5(e)(ix) is not appropriate as Our Family Wizard indicates when the message is read. Further, the Defendant has used the Our Family Wizard app to harass Plaintiff in the past. The inclusion of the requirement to acknowledge frivolous messages is a device used by Defendant to intervene in Plaintiff's affairs.

2. Phase One recommends unsupervised phone video calls. This is not in the best interest of the minor child until the Defendant begins counseling. The telephone calls should be supervised. During the current parenting time, the Defendant has shown the minor child a video of the evidentiary hearing, speaks disparagingly about the Plaintiff and her husband,

has told the minor child that the Plaintiff is keeping the Defendant from the minor child. This type of communication should be prohibited.

3. Paragraph 1 regarding counseling should make clear that the Defendant must continue counseling until further order of the court.

4. The Wednesday/Saturday schedule may not be in the best interest of the children or the parents. The Plaintiff would like to address a schedule which fits with the Defendant's schedule and the minor child's extra-curricular activities.

Wherefore, Plaintiff requests that this Court:

A. Order a parenting schedule which is consistent with the Friend of the Court Recommendation and the Plaintiff's objections.

B. Grant any other relief which the Court deems fair and just.

Respectfully,

/s/ Jeffrey G. Bennett
Jeffrey G. Bennett (P43946)
Attorney for Plaintiff
878 S. Grove Rd., Ste. UL
Ypsilanti, MI 48198
(734) 645-0511
jeff@jeffbennettlaw.com

Dated: June 13, 2025

---

3/13/25, 4:18 PM          Law Offices of Jeffrey Bennett Mail - Objection to Friend of the Court Recommendation and Notice of Motion Hearing

 Gmail

Jessica Kirklin <jess@jeffbennettlaw.com>

**Objection to Friend of the Court Recommendation and Notice of Motion Hearing**
1 message

Jessica Kirklin <jess@jeffbennettlaw.com>                                    Fri, Jun 13, 2025 at 4:18 PM
To: dryan616@icloud.com
Cc: Jeff Bennett <jeff@jeffbennettlaw.com>
Bcc: Jessica Kirklin <jess@jeffbennettlaw.com>

Please find a courtesy copy of the Objection to Friend of the Court Recommendation, Notice of Motion Hearing, and Proof of Service for your records.

A hard copy of each was placed in the amil to you today as well.

Thank you,

Jessica Kirklin
Legal Assistant to
Jeffrey G. Bennett (P43946), Attorney at Law
The Law Office of Jeffrey G. Bennett
Cell 734-545-6975

**Confidentiality Notice**

This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

3 attachments

PSV for Objection to FOC Rec dated 5.22.25 and NOMH.pdf
183K

EXECUTED Notice of Motion Hearing Obj to FOC rec on 7-16-2025.pdf
972K

Objection to FOC Rec dated 5.22.25.pdf
168K

All Rights Reserved Without Prejudice