## Notice To Clerk

In Re: Case No. 24-13352, 25-10571, 25-11336

July 31, 2025

Greetings,

I am providing notice that I am currently incarcerated at the Washtenaw County Jail and held without Bond until at least January 2026 in reference to the Allegations and warrant that was issued in Case No.: 25-11336, until an update is given to the Clerks office, please forward all correspondence for the above referenced matters to:

Daniel McGough
Inmate # 148631
2201 Hogback Rd
Ann Arbor, MI 48105

Thank you,
Daniel McGough

**FILED**
AUG 04 2025
CLERK'S OFFICE
DETROIT

