United States District Court
For the Eastern District of Michigan

FILED
AUG 05 2025
CLERK'S OFFICE
DETROIT

Daniel Ryan McGough
Trustee of the McGough
Family Ecclesiastical Trust
v
Washtenaw County,
Washtenaw County Sheriff
Respondents/Defendants

Case No: 25-11226
Hon. Mark A Goldsmith
Mag Judge David R Grand.

Rule 22 Writ of Habeas Corpus

Plaintiff, in his capacity as Trustee of the McGough Family Ecclesiastical Trust, brings this Petition forward in the custody of the Washtenaw County Sheriffs Jail, as he is currently held here without the option of bail or bond, in violation of his Eighth Amendment Protection, untill January 2026, for the charges frivolously pursued against him in the complaint. To add even more damages, Defendants have since compounded additional charges in efforts to silence Plaintiff and complicate the process of this Justice system, including compounding a Felony "Fleeing and Illuding" charge that stemmed from a speeding violation (allegedly) that wasn't even cited in the State Troopers report on July 3rd, 2025, That lead to Plaintiff's current detention. In addition to Defendant Eli Savits additional charges, Defendants Alyssa and Scott double-down on their Purged testimonies that they gave on Jan 24, 2025 by again false reporting to the Washtenaw County Sheriffs Department, or otherwise providing misleading information like "Defendants believe that Plaintiff may have gone to their residence and shined a flashlight in their yard"

1/11

Defendants further state that no threats were made against them or "their" children, yet they were just concerned. A clear attempt to violate plaintiffs first amendment.

All new charges by Defendants in this case are enclosed with the "Notice of Removal" I have accompanied with this Habeas Corpus. Plaintiff is requesting that these charges be included as exhibits to the documented and unambiguous history of abuse by both STATE AGENTS and private parties in retaliation for him seeking redress for their ex parte suspension of his rights to his son on Nov 20, 2024 that he still has not had any access to.

Furthermore, the state court is exercising jurisdiction on subject matters it doesn't have. Though Plaintiff has provided ample notice of this to the state agents, they continue to exercise and even retalliate when he asserts his rights, status, and standing. Under 28 U.S.C. 1332, Plaintiff is not a citizen of this State and has publically declared his status on a public website: everify.AmericanStateNationals.ga search: Daniel Ryan McGough. This can further be proven by affidavits and various oath's of allegiance Notarized in his DS-11 explanatory statement that was executed long before this state courts Bad-Faith criminal prosecution and officer Tyson's self-admitted joking comment of assault. To add more,

2/11

and even further affirmed in the July 3rd 2025 Trooper report Incident No. 12-4748-25 as Plaintiffs current domiciled state is Ohio, as shows his Ohio ID. Plaintiff also pays his taxes as a foreign National and travels privately registered to the Federal Motor Carrier Safety Administration under the DOT#4306397. Again, Plaintiff has cancelled any and all contracts with The State of Michigan including the cancellation of his voter-registration and drivers license as early as December of 2016, and his Secretary of State Driving Record can confirm this. Making any and all charges of "Driving while License Revoked/suspended" void ab initio as a matter of Law as the LEIN system's information is provably inaccurate by Secretary of States correct status of "Cancelled". As Plaintiff travels non-commercially under his Natural rights registered to the Federal Government in that capacity and further under his International Drivers Permit that in which is Protected by the 1949 Geneva Convention on Rights to International Travel where The United States is a signed party with these rights are protected.

Plaintiff took proactive measures to send Notice of Liabilities, Criminal Information Claims, and Demands for Abatement to both this State Court, the Washtenaw County Prosecutors

3/11

office, and the principal Secretary of State Joslyn Benson, As well as oversight bodies like The United States Supreme Court Justice Neil Gorsuch and Michigan Supreme Court Justice Meghan Cavenaugh and United States Secretary of State Marco Rubio. At each and every crossing for Redress, like CRICKETS IN THE NIGHT, AS Plaintiff gets closer to a remedy these Defendants get more silent. or worse, they retalliate, and even smile while they do it while they rip my life from me. Now I wait in Washtenaw County Jail as Inmate 148631 awaiting to be charged with unambigiously fraudulent charges from both private parties and public official lacking all merits to prosecute. Plaintiff has exhausted all state court remedies INCLUDING But not limited to filing Writs of: Quo Warranto, Mandamus, Super Intending Control, and NOTICE OF Liability, Demand for Abatement, and each time he thinks these retalitory actions will stop, they come back with more.

Plaintiff is requesting that this court step in and intervene by using its equitable powers to do what is necessary given the circumstances of no corroborated statements, eye-witnesses of wrong-doing, provably malicious prosecution, and the lack of effective legal counsel. Now that Plaintiff is in CUSTODY OF This

4/11

Jail, he is faced with numerous issues with no access to a computer, no ability to make legal copies, Notary services, and doesn't know if his mail is being sent out, as OBSTRUCTING JUSTICE HAS Been the minimum of the crimes Washtenaw County has been caught conspiring against me.

## Grounds For Relief

28 USC 1331 - Federal Questions

- 1st Amendment - Due Process Violations
- 2nd Amendment - Right to Bear Arms
- 4th Amendment - Right to be secure from unreasonable Search and seizures absent Probable Cause
- 6th Amendment - Right to A speed trial (awaiting Jury trial without Bond)
- 8th Amendment - Excessive Bail, Bonds, Cruel + Unusual Punish
- 13th Amendment - Slavery and Involuntary Servitude
- 14th Amendment - Deprevation of Life Liberty and Pursuit of Happiness
- 14th Amendment - Equal Protection under the law.

28 USC 1332 - Diversity

Plaintiff reiterates that he is not a citizen of this state, and can easily provide proof of this by various notarized documents pre-prosecution that has further been provided to this Judicial and Executive system in Washtenaw county. DS-11 Explanitory Statements as well as the Public Record of Plaintiffs Recorded

5/11

Trust in the County of Jackson Probate Court Case No. 25-222246 where CONSTRUCTIVE NOTICE TO FOREIGN AGENTS AND Fee Schedule is also recorded. This COUNTY AND THESE Defendants refuse to accept it.

## Conclusion

On OCTOBER 14, 2006 I took an oath to the Constitution of the United States of America, and to defend it against all enemies, Foreign and domestic, and here under the municipality of Washtenaw County incorporated under the laws of the STATE OF MICHIGAN IT IS ABUNDANTLY Clear we face a very domestic concern where torture, Fraud, and treason is the absolute Norm. The Beautiful relationship I Had with my (Now) 8 year old son has been ripped from me by State agents via ex-parte order on November 20, 2024, with a complete lack of any verified harm or reasonable JUSTIFICATION. As IF severing my relationship with my First-born son wasn't enough, I have lost employment due to false reports, I have lost HOUSING DUE TO Washtenaw County sending Executive agents to my family Home at all hours of the day and the night. I've lost personal relationships because no one can handle the everyday trauma and stress, I had to make a tough decision to put my dog down because I COULD NOT TAKE HIM TO WHERE

6/11

I was staying while seeking redress for these attempts to maliciously prosecute me even when the officer who said I assaulted him moments later said he was joking and the two officers who reported they seen me kick him with my right foot in the nuts later on say in a sworn testimony that they seen no such action or any others like it. Washtenaw County has been unlawfully garnishing my wages since 2019 and when I challenge it they take him from me. They restrict my First Amendment right to even file a motion to get him back and ignore multiple writs QUESTIONING THEIR RULINGS. None of that is enough either, they double-down and send ordinance officers to my family's home after 80 years not one complaint but April 2025 my mother is getting harrassed with violations and 2am knocks on the door looking for me. Strange timing. I further struggle to write these words because they might intercept my mail and continue to laugh from the satisfaction knowing at 36 years old they have ripped everything from me and it <u>still</u> won't be enough. However, I stand in truth and I patiently wait in faith that my life will one day be restored and I will be able to laugh and guide my son. I must further add, while incarcerated, my story isn't unfamiliar.

7/11

## Prayer for Relief

+ ORDER AN Emergency HABEAS CORPUS TO PRODUCE THE BODY FOR THE UNLAWFUL Detention in Washtenaw County Sheriffs Jail for Inmate #148631
+ Prohibitory ORDER FROM FURTHER Actions By Defendants
+ Award Punitive damages In the Amount of $250,000 For each violation of an oath of office
+ Grant an order to Immediately Reunite Plaintiff with his first-born Son, Simon Aurelius McGough
+ Remove Cases From the State court for lack of jurisdiction under 28 USC 1332 Including:

    22nd Circuit Court Case No: 25-75-FH
    14B District Court Case No: 25S-284-SM
    14A1 District Court Case No: 25F3-979
    14A1 District Court Case No: 25F4-523

All of which have been sent with this Habeas Corpus In by "Notice of Removal" pursuant to 28 USC 1441 + 1455
+ Allow the Court Clerk to send documents back as these are my only copies and I do not know if they will intercept
+ Appoint a Counsel for Plaintiff and a Special Master Pursuant to Rule 53 for the overwhelming complications
+ Have this court exercise whatever other equitable Powers it may feel JUST AND Proper, given light of all.

8/11

# Truth in Scripture

## The Plot against Daniel

## Book of Daniel, Chapter 6

4. At this, the administrators and the satraps tried to find charges against Daniel in his conduct of government affairs, but they were unable to do so. They could find no corruption in him, because he was trustworthy and neither corrupt nor negligent. 5 Finally these men said, "We will never find basis for charges against this man Daniel unless it has something to do with the laws of his God." 6 So these administrators and satraps went as a group to the king and said, "May King Darius Live Forever!" 7 The royal administrators, prefects, satraps, advisers, and governors have all agreed that the King should issue an edict and enforce a decree that anyone who prays to any god or human being in the next 30 days except to you, Your Majesty, shall be thrown into the lions' den. 8 Now, Your Majesty, issue the decree and put it in writing so that it cannot be altered – In accordance with the law of the Medes and Persians, which cannot be revoked. 9 So King Darius put the decree in writing.

13. Then they said to the King, "Daniel, who is one of the exiles of Judah, pays no attention to you, Your Majesty, or to the decree you put in writing. He still prays three times a day." 14 When the King heard this he was greatly distressed; he was

9/11

determined to rescue Daniel and made every effort until sun-down to save him. ¹⁵Then the men went as a group to King Darius and said to him, "Remember, Your Majesty, that according to the law of Medes and Persians no decree or edict that the King issues can be changed. ¹⁶So the King gave the order, and they brought Daniel and threw him into the Lions' Den. The King said to Daniel, "May your God, whom you serve continually, rescue you!" ¹⁷A stone was brought and placed over the mouth of the den, and the King sealed it with his own signet ring and with the rings of his nobles, so that Daniel's situation might not be changed. ²⁰When the King came near the den, he called to Daniel in an anguished voice, "Daniel, servant to the living God, Has your God rescued you from the Lions?" ²¹Daniel answered, "May the King live forever! ²²My God sent his angel and he shut the mouth of the lions. They have not hurt me, because I was found innocent in his sight. Nor have I ever done any wrong before you, Your Majesty."

Just as in this Tale as old as time, I have done no wrong, Your Honor. And under the watchful eye of the most high, I seek equitable remedy, redress, and reform on a systematic level.

"Equity aids the vigilant, not those that slumber on their rights"

I, Daniel Ryan McGough, affirm to the truth of all the statements made in this ~~Complaint~~ Habeas Corpus, as being true to the best of my knowledge and belief and confirm under penalty of perjury that nothing stated was misrepresented or fabricated or otherwise presented inaccurately. On this ~~17~~ 22 Day of July in the year 2025

Notarial services but were requested Denied →

x _____Daniel Ryan McGough_____
Daniel Ryan McGough, trustee of The McGough Family Trust, Natural Father to the minor and Inmate #148631 Wash County Jail 2201 HOGBACK RD, Ann Arbor MI 48105

I, _____, Notary Public of the STATE OF MICHIGAN, was visited today by Daniel Ryan McGough, who, by satisfaction and belief, is the person named above and he signed this document in my presence.

x _____
Notary Public, STATE OF MICHIGAN

My commission expires _____

11/11



Inmate #148431
300 Hogback Rd
Ann Arbor MI, 48105

231 W Lafayette Blvd
Room 599
Detroit, MI 48226

U.S. MARSHAL

RECEIVED
AUG 05 2025
CLERK'S OFFICE
U.S. DISTRICT COURT