United States District Court
Eastern District of Michigan

Daniel Ryan McGough
Plaintiff

v

Washtenaw County ~~Etc~~
Defendants

Case: 25-11226
Honorable Mark A Goldsmith
Mag Judge David R Grand

## Rule 22 Habeas Corpus And Stay of State Court Proceedings

Plaintiff is Rushing this Habeas Corpus as his mail is being obstructed as an Inmate at Washtenaw County Jail for the State Court Matter in the 22nd Circuit Court Case 25-75 in regards to the Resisting and Obstructing charge. he is sending this Petition out with an Inmate who is getting released, Plaintiff Believes that there is enough evidence that proves the merits on what he has claimed in the original complaint for this case. 25-11226 and cannot defend himself in this matter as the public defenders office, though they admit that all of Plaintiff claims are valid with substantial merits, they refuse to bring up and argue the Constitutional Points Plaintiff Raises. It is an obvious case of a conflict of interest being that their employer is the main party named in this case. Plaintiff will not recieve a fair trial and there is more than enough proof of that already

Plaintiff Brings this Habeas Corpus in exclusive equity and under the presumption of Innocence, an axiomatic and elementary right under our criminal Justice SYSTEM.

Plaintiff has already been met with compounding Felony charges of Fleeing and illuding by the Washtenaw County Prosecutors office on July 4, 2025 when he was arraigned for what was originally reported as "the vehicle suspected of speeding" by the trooper. Plaintiff Reserves All Rights at all junctions and is only met with mockery and defamation under Defendant Simpsons tik-tok and youTube Accounts.

Plaintiff Requests that this Honorable Court exercise its equitable Powers on all matters and grant this Habeas Corpus for 14A1 District Court Case 25F4-523, 25F3-979, and 14B District Court Case 255-289-SM, as well as the case that originally this complaint was filed under 22nd Circuit Court Case 25-75, as Defendant Slay is Holding Plaintiff In Costody Without Bond until December of 2025 for Officer Tyson's Joking comment of assault. This is a Violation of the 4TH Amendment, 6TH Amendment, 8TH Amendment, 14TH Amendment, cruel and unusual punishment

Abuse of Process, Excessive Bail, Right to effective Counsel, Due Process Violations, Equal Protection, Malicious Prosecution across several matters and several 42 USC 1983's for Denial of Rights under the color of law.

Plaintiff has further submitted Removal's for the related matters under the above referenced cases Pursuant to 42 USC 1455 as all cases for removal are further exhibits for this complaint.

### Prayer for Relief

- Grant this Habeas Corpus and Notice of Removals
- Appoint a Special Master to oversee the extrajudicial Abuse of Process concerning all federal Questions this case includes
- Prohibit Washtenaw County from further Retaliatory Acts Untill the outcome of this case.
- Appoint A ~~Spec~~ Counsel For Plaintiff.
- Any other Relief this Court Deems Just And Proper

Under Penalty of Perjury, I affirm!
Respectfully, D.R. Nich
Inmate 148631
Washtenaw County Jail
2201 Hogback Rd
Ann Arbor, MI 48105

August 2nd, 2025

Daniel McGough
Inmate 148631
3301 Hogback Rd
Ann Arbor, MI 48105

RECEIVED
AUG 08 2025
CLERK'S OFFICE
DETROIT

METROPLEX MI 480
5 AUG 2025 PM 9
FOREVER / USA

United States District Court
231 W Lafayette Blvd
Room # 599
Detroit, MI 48226

48226-275426