UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL R. MCGOUGH,

        Plaintiff(s),                  Civil Action No. 25-11226

v.                                               Mark A. Goldsmith
                                               United States District Judge

VICKI ROUSH.,

                                               David R. Grand
                                               United States Magistrate Judge

        Defendant(s).
_____/

## ORDER REQUIRING RESPONSE

IT IS HEREBY ORDERED that the plaintiff, Daniel McGough, shall file a response to Defendant's Motion to Dismiss (ECF No. 29, 33, 35) on or before **September 19, 2025**. The response shall be filed in accordance with E.D. Mich. L.R. 7.1. **Failure to file a timely response may result in a recommendation that Defendant's motion be granted and/or that Plaintiff's case be dismissed.**

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before **December 6, 2025**.

IT IS SO ORDERED.

Dated: August 26, 2025                s/David R. Grand
                                            DAVID R. GRAND
                                            UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 26, 2025.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
