# EXHIBIT C

| CTN: 2024004825 DC1 wn | Information - Circuit Court<br>Original Complaint - Court<br>Warrant - Court | Bind over/Transfer - Circuit/Juvenile Court<br>Complaint copy - Prosecutor<br>Complaint copy - Defendant/Attorney |
|---|---|---|
| **STATE OF MICHIGAN**<br>**14A2 JUDICIAL DISTRICT**<br>**22ND JUDICIAL CIRCUIT** | **COMPLAINT**<br>**FELONY** | T.C.N. NO.:<br>DISTRICT: 24F2-1389<br>CIRCUIT: |
| District Court ORI: MI- MI810035J<br>415 West Michigan, Ypsilanti, MI 734-484-6690 | Circuit Court ORI: MI- MI810015J<br>101 E. Huron Street Ann Arbor, MI, 48107 | AES |

| | Defendant's name and address | Victim or complainant |
|---|---|---|
| THE PEOPLE OF THE<br>STATE OF MICHIGAN | V DANIEL MCGOUGH<br>AKA: | Complaining Witness<br>COURT OFFICER<br>Burgess |
| Co-defendant(s) | | Date: On or about<br>10/11/2024 |

| City/Twp./Village<br>**Ypsilanti City** | County in Michigan<br>**WASHTENAW** | Defendant TCN | Defendant CTN<br>81-24004825-01 | Defendant SID<br>2354579J |
|---|---|---|---|---|
| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN in Ref. No. row 3 on MC 97 | DLN Type:<br>Oper./Chauf | Vehicle Type | Defendant Sex<br>M | Defendant Race<br>W |
| Police agency report no.<br>**YPD 24-13754** | | Charge<br>**See below** | | Maximum penalty<br>**See below** |

[X] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF Washtenaw**
The complaining witness says that on the date and at the location described: 113 W MICHIGAN AVE, the defendant, contrary to law,

**COUNT 1: POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger DARNELL TYSON, a police officer of YPSILANTI POLICE DEPARTMENT that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]
FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

ON INFORMATION, BELIEF AND OTHER EVIDENCE

[X] The complaining witness asks that the defendant be apprehended and dealt with according to law.

Warrant authorized on 10/11/2024 by:
*Patricia Reiser* 10/11/2024
PATRICIA A. REISER
Prosecuting Official, PATRICIA REISER P52153

☐ Security for costs posted

I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

*Burgess*                               10/11/24
Complaining Witness Signature            Date

10/11/24

Approved SCAO, PACC-PAAM Replacement
Form MC 200w, Rev. 9/22
MCL 764.1 et seq., MCL 766.1 et seq., MCL 767.1 et seq., MCR 6.101, MCR 6.102

Distribute form to:
Court
Prosecutor
Defendant

**OFFICER IN CHARGE: LAWRENCE SMITH   YPD 24-13754**