UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL R. MCGOUGH,

        Plaintiff(s),                    Civil Action No. 25-11226

v.                                              Mark A. Goldsmith
                                              United States District Judge

VICKI ROUSH.,

                                              David R. Grand
        Defendant(s).               United States Magistrate Judge
_____/

## **ORDER REQUIRING RESPONSE**

IT IS HEREBY ORDERED that the plaintiff, Daniel R. McGough, shall file a response to Defendant's Motion to Dismiss (ECF No. 40) on or before **September 22, 2025**. The response shall be filed in accordance with E.D. Mich. L.R. 7.1. **Failure to file a timely response may result in a recommendation that Defendant's motion be granted and/or that Plaintiff's case be dismissed.**

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before **October 9, 2025**.

IT IS SO ORDERED.

Dated: August 28, 2025                      s/David R. Grand
                                                      DAVID R. GRAND
                                                        UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2025.

                                                s/Eddrey O. Butts
                                                EDDREY O. BUTTS
                                                Case Manager