UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL R. MCGOUGH,

        Plaintiff(s),                  Civil Action No. 25-11226

v.                                           Mark A. Goldsmith
                                          United States District Judge

VICKI ROUSH.,

                                          David R. Grand
                                          United States Magistrate Judge

        Defendant(s).
_____/

## AMENDED ORDER REQUIRING RESPONSE

IT IS HEREBY ORDERED that the plaintiff, Daniel McGough, shall file a response to Defendant's Motion to Dismiss (ECF No. 29, 33, 35) on or before **September 26, 2025**.  The response shall be filed in accordance with E.D. Mich. L.R. 7.1.  **Failure to file a timely response may result in a recommendation that Defendant's motion be granted and/or that Plaintiff's case be dismissed.**

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before **October 13, 2025**.

IT IS SO ORDERED.

Dated: September 2, 2025                     s/David R. Grand
                                                DAVID R. GRAND
                                                UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

 The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 2, 2025.

           s/Eddrey O. Butts
           EDDREY O. BUTTS
           Case Manager