United States District Court
Eastern District Of Michigan
Southern Division

---

Daniel R. McGough,

    Plaintiff,

v.

Washtenaw County, *et al.*,

    Defendants.

Case No. 25-11226
Honorable Mark A. Goldsmith
Magistrate Judge David R. Grand

---

## **REPLY BRIEF**

    Defendants Washtenaw County, Administrator Gregory Dill, Prosecutor Eli Savit, APA Ashley Londy, Honorable Cedric Simpson, Lisa Fusik, Steven Matthews, Takisha Mastin, Honorable Arianne Slay, and Honorable Patrick Conlin (collectively, "County Defendants") filed a Motion to Dismiss [ECF No. 40] pursuant to Federal Rule of Civil Procedure 12(b)(6) on August 27, 2025 and the same was served on Plaintiff at the Washtenaw County Jail per his Notice to Clerk of his change of address filed on August 4, 2025 [ECF No. 15]. On August 28, 2025, this Honorable Court entered an Order Requiring Response [ECF No. 41], which required Plaintiff to file a response to ECF No. 40 on or before September 22, 2025. The August 28th order alerted Plaintiff that: "**Failure to file a timely response may**

1

**result in a recommendation that Defendant's motion be granted and/or that Plaintiff's case be dismissed.**" As of the date of this Reply Brief's filing, Plaintiff has failed to file a response to ECF No. 40 as ordered by this Honorable Court.

Rule 41 of the Federal Rules of Civil Procedure allows Defendants to move the court to dismiss an action for a Plaintiff's failure to comply with a court order. Plaintiff failed to comply with the court order requiring his response to ECF No. 40 by September 22, 2025 and to date still has not submitted a response or any request for additional time. The August 28th order clearly alerted Plaintiff that failure to respond may result in the Court granting Defendants' Motion to Dismiss and/or dismissal of Plaintiff's complaint. Therefore, in addition to Plaintiff's complaint being subject to dismissal for all the reasons discussed at length in Defendants' Motion to Dismiss, Plaintiff's complaint is further subject to dismissal for Plaintiff's failure to respond to Defendants' Motion to Dismiss.

Wherefore, County Defendants respectfully request this Honorable Court enter an order granting their Motion to Dismiss and dismissing all claims against them in their entirety and with prejudice along with any other relief the Court may deem appropriate under the circumstances.

Respectfully Submitted,

/s/ *Michael L. Auten*
Michael L. Auten (P81884)
Washtenaw County Corporation Counsel
220 N. Main St., PO Box 8645
Ann Arbor, MI 48107
(734) 222-3427
autenm@washtenaw.org
Attorney for County Defendants

Dated: October 9, 2025

## Certificate of Service

I hereby certify that on October 9, 2025, I electronically filed the foregoing papers with the Court Clerk using the ECF system, which will send notice to all ECF filers of record. Additionally, I have sent a copy to Plaintiff's last known address as on record with this Honorable Court at the time of filing.

/s/ *Michael L. Auten*
Michael L. Auten (P81884)