UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL RYAN MCGOUGH,

    Plaintiff,                                      Case No. 25-cv-11226

v.                                                  HON. MARK A. GOLDSMITH

WASHTENAW, COUNTY OF, et al,

    Defendants.
_____/

**ORDER**
**(1) ACCEPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED DECEMBER 15, 2025 and (2) DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS (Dkts. 29, 33, 35, 40)**

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge David R. Grand (Dkt. 45). In the R&R, the Magistrate Judge recommends that the Court dismiss Plaintiff's complaint for failure to prosecute. Id. at PageID.383. The magistrate judge further recommends that the Court deny Defendants' motions to dismiss as moot (Dkts. 29, 33, 35, 40).

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 108 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or

omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. See Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error. On the face of the record, the Court finds no clear error and accepts the recommendation.

Accordingly, the Court dismisses Plaintiff's complaint with prejudice and denies as moot Defendants' motions to dismiss (Dkts. 29, 33, 35, 40). The case is closed.

**SO ORDERED.**

Dated: December 31, 2025   s/Mark A. Goldsmith
Detroit, Michigan           MARK A. GOLDSMITH
                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 31, 2025.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager