UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DANIEL RYAN MCGOUGH,

     Plaintiff,

v.

WASHTENAW, COUNTY OF, et al,

     Defendants.

_____/

Case No. 25-cv-11226

HON. MARK A. GOLDSMITH

## __JUDGMENT__

Judgment is entered in accordance with the Opinion and Order entered on today's date.  The case is closed.


KINIKIA ESSIX
CLERK OF THE COURT


By:   s/Joseph Heacox
DEPUTY COURT CLERK


APPROVED:


s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: December 31, 2025